UNITED STATES DISTRICT COURT
FOR THE WESTERN DISCTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ADAM HOLIDAY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MEDTRONIC, INC., a Minnesota corporation; COVIDIEN PLC, an Irish corporation; COVIDIEN LP, a Delaware limited partnership; and MEDTRONIC PLC, an Irish corporation,<br><br>　　　　　Defendants. | No. 2:17-cv-00047-TSZ<br><br>**AGREED STIPULATION TO EXTEND DATE FOR DISCLOSURE OF EXPERT TESTIMONY UNDER FRCP 26(a)(2)**<br><br>**AND ORDER** |

## **STIPULATION**

The parties, by and through their counsel, stipulate and agree as follows:

The deadline for Plaintiff's disclosure of expert testimony on the topics of unpaid commissions and lost wages shall be extended thirty-one (31) days to November 30, 2017.

The deadline for Defendants' disclosure of expert testimony on the topics of unpaid commissions and lost wages shall be extended sixty (60) days to December 29, 2017.

/

/

/

/

AGREED STIPULATION TO EXTEND DATE FOR
DISCLOSURE OF EXPERT TESTIMONY UNDER
FRCP 26(a)(2) AND ORDER - 1

**CONNOR & SARGENT PLLC**
999 Third Avenue, Suite 3000
Seattle WA 98104
(206) 654-5050 • FAX (206) 340-8856

DATED this 7th day of November, 2017.

**FOR PLAINTIFF**

CONNOR & SARGENT PLLC

By /s/ *Anne-Marie E. Sargent*
   Anne-Marie E. Sargent, WSBA No. 27160
   999 Third Avenue, Suite 3000
   Seattle, WA 98104
   Email: aes@cslawfirm.net
   Telephone: (206) 654-4011

**FOR DEFENDANTS**

LITTLER MENDELSON, P.C.

By /s/ *Daniel L. Thieme*
   Daniel L. Thieme, WSBA #12855
   One Union Square
   600 University Street, Suite 3200
   Seattle, WA 98101.3122
   Email: dthieme@littler.com
   Telephone: 206.623.3300

## **ORDER**

IT IS SO ORDERED this 8th day of November, 2017.

_____
Thomas S. Zilly
United States District Judge

AGREED STIPULATION TO EXTEND DATE FOR
DISCLOSURE OF EXPERT TESTIMONY UNDER
FRCP 26(a)(2) AND ORDER - 2

**CONNOR & SARGENT** PLLC
999 Third Avenue, Suite 3000
Seattle WA 98104
(206) 654-5050 • FAX (206) 340-8856